Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A. **Full Name of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

James I Wynn Sr.

-vs-

B. **Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Gerald R Cassava
2. Housing Advocacy Service Inc
3. Mark Greisberger Providence Housing Development Corp
4. A Bar Abstract
5. Suan J. Michel Esq
6. Rochester Gas & Electric

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: Plaintiff and Defendant reside in Monroe County

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: location of infraction

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: Property Foreclosure scam by Gerald B Cassava and the above Defendants Conspired to geather Violate Plaintiff civil rights elder Abuse Constitutional rights Due process Discrimination Cause to Cassava a reckless unlawless biased individual. Plus Violation of my Chapter 7 Bankruptcy stay & statue

also see Second Circuit Court of Appeals mandate dates 11-22-2019 also see Chapter 7 discharge dates 11-26-2019 also see order changes

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: James I Wynn Sr

Present Address: 7 Kencrest Circle Rochester New York 14606

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Gerda B Cassava

Official Position of Defendant (if relevant): Illegally Foreclosed on Plaintiff property 3840 Lake Rd

Address of Defendant: 8285 Peachey Road Bergen NY 14416

Name of Second Defendant: Housing Advocacy Service INC.

Official Position of Defendant (if relevant): Paying rent to Illegal property owner

Address of Defendant: One East Main Street Suite 315 Rochester NY 14614

Name of Third Defendant: Mark Greisberger Providence Housing Development Corp.

Official Position of Defendant (if relevant): Executive Director Paying rent Illegal Owner

Address of Defendant: 1150 Buffalo Road, Rochester NY 14624-1823

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**

Yes [✓]   No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): James I Wynn Sr

## 6% PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: James I Wynn sr

Present Address: 7 Kencrest Circle
Rochester NY 14606

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of ~~First~~ Fourth Defendant: A Bar Abstract Corp

Official Position of Defendant (if relevant): Filing False Documents For Illegal property Transfer.

Address of Defendant: 65 West Broad Street Suite 101 Rochester NY 14614

Name of ~~Second~~ Fifth Defendant: Susan T. Michel ESQ.

Official Position of Defendant (if relevant): Attorney For Mark Upgraff AKA Ward Kedarhhc

Address of Defendant: 703 Telephone Road W. Henrietta NY 14586

Name of ~~Third~~ Sixth Defendant: Rochester Gas & Electric

Official Position of Defendant (if relevant): Supplying Gas & Electric Illegal owner

Address of Defendant: 89 East Avenue Rochester NY 14649-0001

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
   Yes [✓]   No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): James I Wynn Sr

Defendant(s): Cavsa & Caesave, Housing Advocacy Service Inc, Providence Housing Development, ABov Abstract Susans Michaels Rochester Gas + Electric

2. Court (if federal court, name the district; if state court, name the county): monroe

3. Docket or Index Number: 2022-2086; 2022-2229, 2022-2282

4. Name of Judge to whom case was assigned: No Judge assigned only service Summons with notice

5. The approximate date the action was filed: 2282 Filed 5-12-2022 Amended on 8-18-2022, 2229 Filed 8-12-2022  2086 Filed 7-27-2022

6. What was the disposition of the case?

   Is it still pending? Yes [✓]  No [ ]

   If not, give the approximate date it was resolved. No Complaint has been Filed only Summons with notice

   Disposition (check those statements which apply):

   [ ] Dismissed (check the statement which indicates why it was dismissed):
   
   [ ] By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   [ ] By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   [ ] By court due to your voluntary withdrawal of claim;

   [ ] Judgment upon motion or after trial entered for
   [ ] plaintiff
   [ ] defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

Fed.R.Civ.P. 8(a) states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

Fed.R.Civ.P. 10(b) states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

also see mandate from court of appeals dated
also chapter 7 discharge dated 11-25-2019      11-22-201

A. **FIRST CLAIM:** On (*date of the incident*) See attached Verified Complaint, defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) Cavsa & BCaesava Housing Advocacy Service and Providence Housing Development Corp. and Mayl Greisberger Executive Director, ABov Abstract Susans Michaels, Rochester Gas and Electric.

3

did the following to me (*briefly state what each defendant named above did*): See attached Verified Complaint. The Defendent defamed me based on a big lie that they knew from the start that Gerula Cassava didn't have any Standing or Jurisdiction over Plaintiff or my property at 3840 Lake Ave. They also brought on the Fact that Judge Brunner and Judge Warren and other make sure that Plaintiff did not get any legal representation and also they looked at my age of 82 years they figured that they were above the law. They knew they were wrong but didn't care because it wasn't happen to them.

The federal basis for this claim is: Civil Rights Descrimination based on race and age Fraud stealing personal property Foreclosure (Fraud) elder abuse False claims etc

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* I want the Court to return my property which was illegally stolen. This Scam has lawyers and judges are conspirators also it reckless and lawless ac

---

**B. SECOND CLAIM:** On (*date of the incident*) See Verified Complaints (attached),
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) Gerula B Cassava Housing Advocacy Services Inc Mark Greenhouse Providence Housing Corp Abar Abstract Susan J. Michel Esq Rochester Gas & Electric
did the following to me (*briefly state what each defendant named above did*): See attached Verified Complaints (attached) They violated my Chapter 7 Bankruptcy Stay but this bankruptcy should not have come into play because they all knew that Gerula Cassava was a Fraud but they didn't care Mark Greenhouse Providence have lawyer tho knew this was a Scam and all of Plaintiff rights were being violated. But as I stated before it wasn't happening to them or they family so they didn't care

The federal basis for this claim is: See attached Verified Complaint (attached) Perjured Fraudulent Scam denied Due Process racism elder abuse etc

State briefly exactly what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes:* I want my property at 3840 Lake Ave Rochester New York returned and paid damages that are list in the complaint. This need to be investigated by the all District Attorneys all of the Defendent mention in the Complaint are conspirators. Also settle the fact that all of these Illegal lawless acts were doing Plaintiff was under protection Chapter 7 Bankruptcy statue Statues

If you have additional claims, use the above format to set them out on additional sheets of paper.

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

See attached Verified Complaints I am respectfully requesting my property be returned to me that was fraudulently taken away from me by the defendants. I am only requesting that a lawless racist biased prejudiced age abuse act be created and all of the conspirators be held responsible.

Do you want a jury trial? Yes [X]  No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on __8 - 22 - 2022__
               (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_/s/ James J. Defino Jr._

Signature(s) of Plaintiff(s)

5

# JS 44 (Rev. 08/18) CIVIL COVER SHEET

Case 6:22-cv-06353-CJS  Document 1  Filed 08/22/22  Page 7 of 7    22CV6353-DGL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
James I Wynn Sr

**(b)** County of Residence of First Listed Plaintiff: Monroe
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Gersa R Cessave, Housing Advocacy Service Inc /Providence Housing Corp Mark Greisberger Executive Director A Bev Abstract Susan T michel Esq Rochester Gas + Electric

County of Residence of First Listed Defendant: Monroe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☒ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending |  | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☒ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☒ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☒ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☒ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 11-22-2019 also mandate dated

Brief description of cause: Gersa Cessave Conspire with Housing Advocacy Servicing Inc > Providence Housing Corp Mark Greisberger, A Bev Abstract Susan J mischel esq Rochester

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,000,000
CHECK YES only if demanded in complaint: Eleven
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____